IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civ. No. 5:20-CV-00605-BO

MEGHAN MICHELLE TOLAND,            )
                                   )
        Plaintiff,                 )
                                   )
    v.                             )
                                   )
KILOLO KIJAKAZI,                   )    ORDER
Acting Commissioner                )
of Social Security                 )
                                   )
        Defendant.                 )

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and upon consideration of Defendant's unopposed request to remand this cause for further administrative action, the Court hereby reverses Defendant's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to Defendant for further administrative action. *See Shalala v. Schaefer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

SO ORDERED this _____6_____ day of October, 2021.

TERRANCE W. BOYLE
UNITED STATES DISTRICT JUDGE