UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MEGHAN MICHELLE TOLAND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | |
| ) | **CASE NO. 5:20-CV-605-BO** |
| KILOLO KIJAKAZI, Acting Commissioner of ) | |
| Social Security, ) | |
| Defendant. ) | |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court hereby reverses Defendant's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to Defendant for further administrative action.

**This Judgment Filed and Entered on October 6, 2021, and Copies To:**
Daniel R. Lauffer                          (via CM/ECF electronic notification)
Keeya M. Jeffrey                           (via CM/ECF electronic notification)

DATE:                                      PETER A. MOORE, JR., CLERK
October 6, 2021                            (By) /s/ Nicole Sellers
                                           Deputy Clerk